**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: R.H.R.J., A MINOR | : No. 401 EAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| PETITION OF: S.J., MOTHER | : Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.